# UNITED STATES of America, Plaintiff–Appellee,

v.

## Manny DELBORE, Defendant–Appellant.

### No. 02–6638.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 28, 2002.

Manny Delbore, Appellant Pro Se. Douglas Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Manny Delbore appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Delbore,* No. CR–97–116 (W.D.N.C. Mar. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*